1/27/14

Honorable Judge Haynes,

I came before you December 13, 2013 for Sentencing. On that day I recieved a Judgment of time served. 7 days befor sentencing I was informed I had a detainer for davidson Co. On the 30th of December I was transport to davidson co. to settle the warrant. In 3 days I will have been here 30 days. I've yet to be served with the warrant. I now understan I cant and will not be served because I've not been released from the Federal System. Im considered a "Federal Sleeper" I've made several attempts to contact my Federal Lawyer, Mr Derrick L Scretchen. And the one time I was able to contact him he could not understand why his self. I've yet to speak with him again. I have not even recieved a copy of my judgment papers. If you could in any way help me to understand my situation I would greatly appreciate it. And I want to thank you for you time.

Thank You
Ebonie Jordan

*[Judge's note:]* The Clerk shall send a copy of this letter to the Defendant's last counsel of record
1-30-14